[No. 23263-4-II.    Division Two.    December 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KIMBERLY KAYCIEE SKURZEWSKI, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-03518-1, Arthur W. Verharen, J., entered April 2, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Hunt, JJ.

[No. 23637-1-II.    Division Two.    December 3, 1999.]

SUSAN CUNDY-HARRIS, *Appellant*, v. THE DEPARTMENT OF VETERANS' AFFAIRS, *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-2-00619-3, Wm. Thomas McPhee, J., entered July 17, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 23639-7-II.    Division Two.    December 3, 1999.]

SEEDS, INC., ET AL., *Appellants*, HEART SEEDS, INC., ET AL., *Petitioners*, v. THE DEPARTMENT OF ECOLOGY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-2-00259-9, Paula Casey, J., entered July 8, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Hunt, J.

[No. 23737-7-II.    Division Two.    December 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KORI ANN ROSS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-1-01051-7, James E. Rulli, J., entered September 10, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Houghton, JJ.